DEFENDANT:       LAWRENCE RUDOLPH

YOB:             1955

ADDRESS (CITY/STATE):  Paradise Valley, AZ

OFFENSE(S):      Mail Fraud (18 U.S.C. § 1341)

LOCATION OF OFFENSE (COUNTY/STATE): Arapahoe/Colorado

PENALTY:         NMT 20 years' imprisonment; NMT $250,000 fine (or 2x the gain or loss, whichever is great), or both a fine and imprisonment; NMT 3 years' supervised release; $100 special assessment.

AGENTS:          FBI SA Donald Peterson
                 FBI SA Scott Dahlstrom
                 Rocky Mountain Safe Streets Task Force Officer Shawna Gilbert

AUTHORIZED BY:   Bryan David Fields
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

__X__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**  [*is not* circled]

OCDETF CASE:    _____ Yes    __X__ No