# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF COLORADO

CASE NO. 1:21-mj-00209-MEH

UNITED STATES OF AMERICA

vs.

LAWRENCE RUDOLPH

_____/

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*1:46 pm, Dec 22, 2021*
**JEFFREY P. COLWELL, CLERK**

## NOTICE OF TEMPORARY APPEARANCE

David Oscar Markus and A. Margot Moss of MARKUS/MOSS PLLC enter their temporary appearances as counsel on behalf of LAWRENCE RUDOLPH in the above-styled case. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

Respectfully submitted,

MARKUS/MOSS PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:  /s/ DAVID OSCAR MARKUS
     DAVID OSCAR MARKUS
     Florida Bar Number 119318
     dmarkus@markuslaw.com

     /s/ A. Margot Moss
     A. MARGOT MOSS
     Florida Bar Number 091870
     mmoss@markuslaw.com