DEFENDANT:       LAWRENCE RUDOLPH

YOB:             1955

ADDRESS (CITY/STATE):  Paradise Valley, AZ

OFFENSE(S):      **Count 1:** Mail Fraud (18 U.S.C. § 1341)
                 **Count 2**: Foreign Murder 18 U.S.C. § 1119

LOCATION OF OFFENSE (COUNTY/STATE): Arapahoe/Colorado

PENALTY:    **Count 1:** NMT 20 years' imprisonment; NMT $250,000 fine (or 2x the gain or loss, whichever is great), or both a fine and imprisonment; NMT 3 years' supervised release; $100 special assessment.

**Count 2:** NLT life imprisonment or death; NMT $250,000 fine or both; $100 Special Assessment

AGENTS:     FBI SA Donald Peterson
            FBI SA Scott Dahlstrom
            Rocky Mountain Safe Streets Task Force Officer Shawna Gilbert

AUTHORIZED BY:  Bryan David Fields
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)** [**is** circled]

OCDETF CASE:    _____ Yes    __X__ No