IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

Case No: 1:21-mj-00209-MEH

    Plaintiff,

v.

LAWRENCE RUDOLPH

    Defendant.

## ORDER TO RESTRICT CASE

Upon the motion of the United States of America, and for good cause shown, it isORDERED as follows:

1) Restriction of the case and documents to Level 2 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including the Complaint, the Superseding Complaint and the respective Affidavits in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 2 until further order of the Court. The government may share those documents with defense counsel of record in this matter.

                                             _____
                                             THE HON. SCOTT T. VARHOLAK
                                             MAGISTRATE JUDGE
                                             DISTRICT OF COLORADO