FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:07 pm, Dec 27, 2021
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-mj-00209-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE RUDOLPH,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 27th day of December, 2021.

        Cole Finegan
        United States Attorney

By: *s/E. Garreth Winstead*
    E. GARRETH WINSTEAD
    Assistant U.S. Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    (303) 454-0100
    Fax: (303) 454-0405
    Email: Garreth.winstead@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 27th day of December, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Stephanie Price*
　　Legal Assistant
　　United States Attorney's Office