AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
for the
District of Colorado

2021 DEC 28 PM 3:39

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) |
| LAWRENCE RUDOLPH | ) Case No. 1:21-mj-00209-MEH |
| *Defendant* | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **LAWRENCE RUDOLPH** who is accused of offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

**COUNT 1:** On or about January 18, 2017, within the State and District of Colorado and elsewhere, the defendant LAWRENCE RUDOLPH, having devised and intended to devise a scheme and artifice to defraud and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property, for the purpose of executing such scheme and artifice did knowingly deliver and cause to be delivered by means of commercial interstate carrier, namely Federal Express, according to the direction thereon, a matter and thing, namely a package containing documents related to a claim for life insurance.
All in violation of Title 18, United States Code, Sections 1341

**COUNT 2:** On or about October 11, 2016, the defendant LAWRENCE RUDOLPH, being a national of the United States as defined by the Immigration and Nationality Act, 8 U.S.C. § 1101(a)(22), willfully, deliberatively, maliciously, and with premeditation and malice aforethought, unlawfully killed Bianca Rudolph, a national of the United States as likewise defined by the Immigration and Nationality Act, while she was outside the United States but within the jurisdiction of another country.
All in violation of Title 18, United States Code, Sections 1119 and 1111

Date: December 22, 2021

*Issuing officer's signature*

City and state: Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/32/21, and the person was arrested on *(date)* 13/32/21
at *(city and state)* Denver, CO

Date: 13/32/21

*Arresting officer's signature*

SA RONALD PETERSON
*Printed name and title*