IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-mj-00209-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE RUDOLPH,

    Defendant.

---

### GOVERNMENT'S MOTION TO APPEAR REMOTELY
_____

    The United States of America, by and through United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully moves to appear for the detention hearing in this case, currently set at 10:00 a.m. before the Honorable Kristen L. Mix, United States Magistrate Judge, remotely, using video teleconferencing equipment. Garreth Winstead, Counsel for the United States in this case, has just become aware that he is unable to enter the Courthouse in compliance with the Court's General Order 2021-10. Co-Counsel for the United States is currently traveling and is unavailable to appear in person.

    Counsel for the defendant, David Markus, has been consulted and is unopposed to the relief requested.

Respectfully submitted this 3rd day of January, 2022.

>RESPECTFULLY SUBMITTED,
>
>COLE FINEGAN
>UNITED STATES ATTORNEY
>
>By: *s/ E. Garreth Winstead*
>E. GARRETH WINSTEAD
>Assistant U.S. Attorney
>United States Attorney's Office
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>FAX: (303) 454-0406
>E-mail:  Garreth.Winstead@usdoj.gov
>Attorney for the United States

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of January, 2022, I electronically filed the foregoing **GOVERNMENT'S MOTION TO APPEAR REMOTELY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                              *s/ Michelle Trujillo*
                              MICHELLE TRUJILLO
                              Legal Assistant
                              U.S. Attorney's Office