IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-mj-00209-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE RUDOLPH,

    Defendant.

## NOTICE OF CONVENTIONAL FILING

The United States of America, by and through Assistant United States Attorney Garreth Winstead, hereby provides three of the five exhibits to its **MOTION FOR ORDER OF DETENTION PURSUANT TO 18 U.S.C. §3142(f)**, ECF-14, to chambers for review. The exhibits include: Ex. 1 – Interview with Leann Rom, April 14, 2021, Ex. 2 – Interview with Damian Amos, October 10, 2019, and Ex. 3 – Interview with Dr. Steven Speca, April 23, 2021.   All of the items contained in the exhibits as listed above have been previously provided to the defendant in discovery.

Respectfully Submitted this 3rd day of January, 2022.

               COLE FINEGAN
               United States Attorney

               *s/ E. Garreth Winstead*
               E. GARRETH WINSTEAD
               Assistant United States Attorney
               United States Attorney's Office
               1801 California St., Suite 1600
               Denver, Colorado 80202
               Telephone:   (303) 454-0100
               Fax:   (303) 454-0405
               E-mail:   Garreth.Winstead@usdoj.gov
               Attorney for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2022, I electronically filed the foregoing **NOTICE OF CONVENTIONAL FILING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

*s/ Michelle Trujillo*
Supervisory Legal Assistant
U.S. Attorney's Office