IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-mj-00209-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE RUDOLPH

    Defendant.

---

### ORDER TO UNRESTRICT CASE

---

    The Court has for consideration the government's Motion to Unrestrict wherein the Government asks this Court to remove the restrictions previously imposed by this Court's Orders docketed at docket numbers 6 and 21. For good cause shown it is ORDERED as follows

    All restrictions imposed by the aforementioned orders shall be removed, and the case and any documents restricted pursuant to those orders shall be made publicly available.

    IT IS SO ORDERED on this 5T day of January, 2022.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO